## Commonwealth *v.* Walker, Appellant.

 Submitted December 6, 1974. *John Myers* and *John W. Packel*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *Glenn S. Gitomer, Mark Sendrow*, and *Steven H. Goldblatt*, Assisttant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.